# In the United States Court of Federal Claims

No. 04-0117 T
Filed: January 5, 2007

| | |
|---|---|
| CHARLES N. D'HUYVETTER AND LYNNE K. D'HUYVETTER, | * |
| Plaintiff, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant. | * |

**ORDER**

Pursuant to a telephone status conference held on January 4, 2007, this case is hereby stayed until March 15, 2007. A telephone status conference will be held on March 15, 2007 at 2 p.m. E.T.

**IT IS SO ORDERED**.

s/Susan Braden
SUSAN G. BRADEN
Judge