IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 04-117 T

(Judge Susan G. Braden)

CHARLES N. D'HUYVETTER and LYNNE K. D'HUYVETTER,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

JOINT STATUS REPORT

Pursuant to the Court's Order [Doc. #5] filed April 7, 2004, the parties, through their attorneys, provide the following progress report on *John F. and Pamela F. Hinck v. United States*, Fed. Cl. No. 03-865 T. On May 4, 2006, the Federal Circuit affirmed this Court's dismissal of the complaint in *Hinck*. *See Hinck v. United States*, 446 F.3d 1307 (Fed. Cir. 2006). The Federal Circuit held that 26 U.S.C. § 6404(h) grants exclusive subject matter jurisdiction to the Tax Court to review the IRS's denials of interest abatement, and therefore the Court of Federal Claims lacks subject matter jurisdiction to do the same. Under the Federal Circuit's decision, the Court lacks subject matter jurisdiction over the interest abatement claims in this case.

On January 12, 2007, the Supreme Court granted certiorari to review the Federal Circuit's decision in *Hinck*. *See Hinck v. U.S.*, - - S.Ct. - -, 2007 WL 80666 (Jan. 12, 2007). Accordingly, the parties continue to propose the Court wait until final appellate action, before

dismissing plaintiffs' interest abatement claims.

Plaintiffs' attorney has authorized defendant's attorney to sign this motion on his behalf.

Respectfully submitted,

2/2/2007 s/Thomas E. Redding by s/Bart D. Jeffress
Date

THOMAS E. REDDING
Redding & Associates, P.C.
2914 W.T.C. Jester
Houston, Texas 77018
(713) 965-9244
(713) 621-5227 (fax)

Attorney for Plaintiffs

2/2/2007 s/Bart D. Jeffress
Date

BART D. JEFFRESS
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6496
(202) 514-9440 (fax)

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief, Court of Federal Claims Section

2/2/2007 s/Steven I. Frahm
Date Of Counsel

Attorneys for Defendant



2195205.1