# In the United States Court of Federal Claims

No. 04-0117 T
Filed: April 2, 2007

| | |
|---|---|
| CHARLES N. D'HUYVETTER AND LYNNE K. D'HUYVETTER, | |
| Plaintiff, | |
| v. | |
| THE UNITED STATES, | |
| Defendant. | |

**ORDER**

Pending the decision of the United States Supreme Court in *Hinck* v. *United States*, 06-376, this case is hereby stayed until July 2, 2007. A telephone status conference will be held on July 2, 2007 at 2 p.m. E.T.

**IT IS SO ORDERED**.

s/Susan Braden
SUSAN G. BRADEN
Judge