IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 04-117 T

(Judge Susan G. Braden)

CHARLES N. D'HUYVETTER and LYNNE K. D'HUYVETTER

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

# JOINT STIPULATION FOR PARTIAL DISMISSAL

It is hereby stipulated and agreed that, pursuant to the Supreme Court's opinion in *Hinck v. United States*, 127 S.Ct. 2011 (2007), the interest abatement claims in paragraph 12.F. of the complaint [Doc. #1] in the above entitled case be dismissed for lack of subject matter jurisdiction, with the parties to bear their respective costs, including any possible attorneys' fees or other expenses of this litigation.

Respectfully submitted,

July 12, 2007
Date

s/Thomas E. Redding

THOMAS E. REDDING
Redding & Associates, P.C.
2914 W.T.C. Jester
Houston, Texas 77018
(713) 965-9244
(713) 621-5227 (fax)
Attorney for Plaintiffs

July 12, 2007
Date

s/Bart D. Jeffress by s/Thomas E. Redding
BART D. JEFFRESS
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6496

RICHARD T. MORRISON
Acting Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief, Court of Federal Claims Section

July 12, 2007
Date

s/Steven I. Frahm by s/Thomas E. Redding
Of Counsel

Attorneys for Defendant