# In the United States Court of Federal Claims

No. 04-0117 T
Filed: September 17, 2007

| | |
|---|---|
| CHARLES N. D'HUYVETTER AND LYNNE K. D'HUYVETTER, | * |
| Plaintiff, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant. | * |

**ORDER**

On April 2, 2007, the court stayed this case pending the decision of the United States Supreme Court in *Hinck* v. *United States*, 06-376. On May 21, 2007, the United States Supreme Court issued an opinion in *Hinck*. *See Hinck v. United States*, 127 S. Ct. 2011 (2007).

On September 6, 2007, the court convened a telephone status conference and heard from counsel regarding the affect of *Hinck* on the pending litigation. In *Hink*, the Supreme Court held that the "Tax Court provides the exclusive forum for judicial review of a refusal to abate interest under § 6404(e)(1)[of the Internal Revenue Code.]" *Hinck*, 127 S. Ct. at 2013. Based on this holding, both parties agreed that all claims arising under § 6404 should be dismissed.

Therefore, the court orders all of Plaintiff's claims arising under § 6404 of the Internal Revenue Code dismissed for lack of subject matter jurisdiction. *See* Compl. ¶ 13.G. Additionally, the court continues the stay pending the appeal of *Keener v. United States*, Fed. Cl. No. 03-2028T and *Smith v. United States*, Fed. Cl. No. 04-907T. Accordingly, counsel will file a report to the court upon the resolution of *Keener* or *Smith*.

**IT IS SO ORDERED**.

s/Susan Braden
SUSAN G. BRADEN
Judge